CO-386-online
10/03

# United States District Court
# For the District of Columbia

MITSUI ENGINEERING & )
SHIPBUILDING CO., LTD. )
)
)
        vs    Plaintiff )   Civil Action No._____
)
UNITED STATES DEPARTMENT OF )
STATE )
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Mitsui Engineering & Shipbuilding Co., Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Mitsui Engineering & Shipbuilding Co., Ltd.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

460640
BAR IDENTIFICATION NO.

Heather M. Spring
Print Name

Sher & Blackwell, LLP, 1850 M St., N.W., Ste. 900
Address

Washington, DC 20036
City    State    Zip Code

(202) 463-2516
Phone Number