AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MITSUI ENGINEERING & SHIPBUILDING
CO., LTD.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES DEPARTMENT OF
STATE

CASE NUMBER  1:06CV01804

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 10/18/2006

TO: (Name and address of Defendant)

U.S. Department of State
2201 C Street NW
Washington, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANNE E. MICKEY
HEATHER M. SPRING
SHER & BLACKWELL, LLP
1850 M STREET, N.W., SUITE 900
WASHINGTON, D.C. 20036

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                             OCT 18 2006

CLERK                                                   DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  October 19, 2006 |
| NAME OF SERVER *(PRINT)* Heather M. Spring | TITLE  Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):    By Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/19/06
              Date

Signature of Server
Sher & Blackwell, LLP

1850 M Street, N.W., Suite 900

Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.