UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITSUI ENGINEERING & SHIPBUILDING CO., LTD., <br> 6-4 Tuskiji 5-Chome <br> Chuo-Ku, Tokyo 104-8439 <br> Japan <br><br>              Plaintiff, <br><br>       v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br> 2201 C Street N.W., <br> Washington, D.C.  20520 <br><br>              Defendant. | Civil Action No. 06-1804 (RBW) <br> Electronic Case Filing |

### ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Marian L. Borum** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4810
Washington, D.C. 20530
(202) 514-6531 / (202) 514-8780 (fax)
marian.l.borum@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **16**<u>th</u> day of **November**, 2006, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

Anne E. Mickey<br>
Heather M. Spring Sher & Blackwell, LLP.<br>
1850 M Street, N.W.<br>
Suite 900<br>
Washington, DC 20036

/s/
MARIAN L. BORUM
Assistant United States Attorney