UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITSUI ENGINEERING AND SHIPBUILDING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 06-1804 (RBW) |

**ANSWER AND AFFIRMATIVE DEFENSES OF
UNITED STATES DEPARTMENT OF STATE**

Defendant, the United States Department of State ("Defendant"), by and through undersigned counsel, hereby answers Plaintiff's Complaint for Injunctive Relief ("Complaint") as follows:

**First Defense**

The Court lacks subject-matter jurisdiction over the complaint to the extent that the complaint seeks relief beyond that authorized by the FOIA.

**Second Defense**

Plaintiff is not entitled to compel the production of records exempt from disclosure pursuant to one or more of the exemptions in the FOIA, 5 USC § 552.

**Answer**

In response to the numbered paragraph of the Complaint, Defendant responds as follows:

1.  Paragraph 1 consists of Plaintiff's characterization of this civil action and its

prayer for relief, to which no response is required.

2.      Defendant admits the allegations in paragraph 2 of the Complaint.

3.      Defendant lacks sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations contained in paragraph 3 of the Complaint, and thus denies them, except that defendant admits that Mitsui Engineering and Shipbuilding Co., Ltd. is the named plaintiff in this case.

4.      Defendant admits the allegations in paragraph 4 of the Complaint.

**FREEDOM OF INFORMATION ACT REQUESTS**

5.      Defendant admits that Exhibit 1 is a copy of a letter dated February 6, 2006 that plaintiff addressed to the Department of State, Directorate of Defense Trade Controls; avers that, pursuant to 22 C.F.R. 171.5, the Directorate of Defense Trade Controls is not a proper addressee for FOIA requests to the Defendant; and denies the remainder of this paragraph.

6.      Defendant admits that Exhibit 2 is a copy of a letter dated March 10, 2006, that plaintiff submitted to the Department of State, Office of Information Programs and Services; avers that, pursuant to 22 C.F.R. 171.5, this office is a proper addressee for FOIA requests to the Defendant; and denies the remainder of this paragraph.

7.      Defendant admits that Exhibit 3 is a copy of a letter to plaintiff dated April 13, 2006, which speaks for itself, and denies the remainder of the first two sentences of this paragraph. Defendant denies the third sentence of this paragraph.

8.      Defendant admits that Exhibit 4 is a copy of a letter from plaintiff dated July 28, 2006, which speaks for itself, and denies the remainder of paragraph 8 of the Complaint.

9. Defendant admits that Exhibit 5 is a copy of a letter from plaintiff dated September 28, 2006, which speaks for itself, and denies the remainder of this paragraph 9 of the Complaint.

10. Defendant denies the allegations in paragraph 10 of the Complaint.

11. Defendant admits the allegations in paragraph 11 of the Complaint.

## CAUSES OF ACTION

12. This paragraph consists of re-allegations from preceding paragraphs, to which no separate response is required.

13. Defendant denies the allegations in paragraph 13 of the Complaint.

14. Defendant denies the allegations in paragraph 14 of the Complaint.

## REQUESTED RELIEF

15. This paragraph consists of Plaintiff's prayer for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief it seeks.

16. This paragraph consists of Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief it seeks.

17. This paragraph consists of Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief it seeks.

18. This paragraph consists of Plaintiff's prayer for relief to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief it seeks.

Defendant hereby specifically denies all allegations of the Complaint not expressly admitted in this Answer.

WHEREFORE, the Department of State requests that the Court enter a judgment:

a. Dismissing the Complaint against Defendant with prejudice; and

b. Awarding the Defendant such other and further relief as the Court deems just, equitable and proper.

                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
202-514-6531
Counsel for Defendant

Of Counsel:
Brian Egan, D.C. Bar #472262
Attorney-Adviser
United States Department of State
Office of the Legal Adviser
2201 C St., NW
Washington, D.C. 20520

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of November, 2006, I caused the foregoing to be served by first class mail, postage prepaid, addressed as follows:

Anne E. Mickey, Esq.
Heather M. Spring, Esq.
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C.  20036
Counsel for Plaintiff

 

_____
MARIAN L. BORUM
Assistant United States Attorney