UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MITSUI ENGINEERING AND SHIPBUILDING CO., LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-1804 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT IN LIEU OF REPORT PURSUANT TO RULE 16.3**

The above-referenced matter is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Pursuant to Local Civil Rule 16.3(b)(9), it is exempted from the Meet and Confer requirements. In accordance with the Court's General Order and Guidelines for Civil Cases (ECF), footnote 4, the parties submit the following statement in lieu of a Report pursuant to Rule 16.3.

The parties believe that the case may be resolved solely through the filing of dispositive motions. The parties also propose the following timeline for the filing of such motions:

Defendant's Dispositive Motion:  February 22, 2007;

Plaintiff's Responsive Pleading and any Cross Motion for Summary Judgment: March 15, 2007;

Defendant's Reply and Opposition to any Cross Motion: April 2, 2007;

Plaintiff's Reply to Defendant's Opposition to Cross Motion, if needed: April 16, 2007.

The parties do not believe an appearance before the Court will be necessary prior to the resolution of dispositive motions.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| ANNE E. MICKEY, D.C. Bar #244319 | JEFFREY A. TAYLOR, D.C. Bar #498610 |
| HEATHER M. SPRING, D.C. Bar #460640 | United States Attorney |
| 1850 M Street, N.W., Suite 900 | |
| Washington, DC 20036 | |
| (202) 463-2500 | /s/ |
| Attorneys for Plaintiff | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| | Assistant United States Attorney |

/s/
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530

January 8, 2007