UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITSUI ENGINEERING AND SHIPBUILDING CO., LTD., ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 06-1804 (RBW) |
| v. ) ) ) | |
| UNITED STATES DEPARTMENT OF STATE, ) ) ) ) | |
| Defendant. ) ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. On November 18, 2004, Plaintiff entered into a license agreement with Jered Industries, Inc., hereinafter "Jered." This agreement involves the licensing of "Radar Cross Section Masks or Shields . . . for use by the Japan Defense Agency's DDH or DDX Shipbuilding Programs." See Complaint, Exhibit 1. "According to its terms, th[e] licensing agreement cannot enter into force without prior approval of the United States State Department." Id. Therefore, in a FOIA request dated February 6, 2006, Plaintiff asked that Defendant provide information regarding whether Jered "ever made a request of the State Department seeking . . . approval for the . . . licensing agreement . . . ." Id. Plaintiff also asked the State Department to provide plaintiff with certain documentation regarding the licensing agreement. Id.

After exchanging a series of letters and telephone calls, by letter dated January 29, 2007, defendant informed plaintiff that, if such records exist, the defendant was not permitted to release them. Specifically, according to the Arms Export Control Act ("AECA") and the Export

Administration Act ("EAA"), "information obtained for the purpose of consideration of, or concerning license applications under, this Act shall be withheld from public disclosure unless the release of such information is determined by the Secretary to be in the public interest." EAA Sec. 12(c), 50 U.S.C. app. § 2411(c) (incorporated by reference into the AECA, 22 U.S.C. § 2778(e)). Therefore, if any of the requested records exist, it is the defendant's position that the AECA/EAA exempt the information from disclosure under Subsection (b)(3) of the FOIA. Plaintiff disagrees. However, at present, the parties have entered into discussions and agreed upon a method to attempt to resolve plaintiff's FOIA request short of litigation. For this reason, the parties are requesting an enlargement of time of forty-five (45) days in order to attempt to do so.

      This is the first enlargement requested in this matter. As there are no other pending deadlines, this enlargement will not affect any previously scheduled deadlines in this matter. If the parties are unable to resolve the matter, the parties request that the Court adopt the proposed schedule for subsequent filings.

      An order granting the relief sought is attached hereto.

Respectfully submitted,

| | |
|---|---|
| /s/<br>ANNE E. MICKEY, D.C. Bar #244319<br>HEATHER M. SPRING, D.C. Bar #460640<br>1850 M Street, N.W., Suite 900<br>Washington, DC 20036<br>(202) 463-2500<br>Attorneys for Plaintiff | /s/<br>JEFFREY A. TAYLOR, D.C. Bar #498610<br>United States Attorney<br><br>/s/<br>RUDOLPH CONTRERAS, D.C. Bar #434122<br>Assistant United States Attorney<br><br><br>/s/<br>MARIAN L. BORUM, D.C. Bar #435409<br>Assistant United States Attorney<br>555 Fourth Street, N.W. - Civil Division<br>Washington, D.C. 20530<br>202-514-6531<br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MITSUI ENGINEERING AND SHIPBUILDING CO., LTD.,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF STATE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1804 (RBW) |

## ORDER

UPON CONSIDERATION of the parties Joint Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the parties abide by the following schedule:

| | |
|---|---|
| Defendant's dispositive motion: | April 9, 2007 |
| Plaintiff's responsive pleading and any Cross Motion for Summary Judgment: | April 30, 2007 |
| Defendant's Reply and Opposition to any Cross Motion for Summary Judgment: | May 21, 2007 |
| Plaintiff's Reply to Defendant's Opposition to Defendant's Opposition to Cross Motion for Summary Judgment: | June 1, 2007 |

Date _____          _____
                                     UNITED STATES DISTRICT JUDGE