UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MITSUI ENGINEERING & SHIPBUILDING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 06-1804 (RBW) |

## STIPULATION TO DISMISS

Plaintiff, Mitsui Engineering and Shipbuilding Co., Ltd., and Defendant, United States Department of State, pursuant to Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action with prejudice and with each party bearing its own fees and costs.

Respectfully submitted,

_____
ANNE E. MICKEY
D.C. Bar No. 244319
HEATHER M. SPRING
D.C. Bar No. 460640
SHER & BLACKWELL, LLP
1850 M Street, N.W., Suite 900
Washington, D.C. 20036
Counsel for Plaintiff

_____
JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY

_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

_____
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
202-514-6531
Counsel for Defendant

Dated: April 4, 2007